QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
VICTOR MANUEL DIAZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-198-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | PROPOSED ORDER |
| VICTOR MANUEL DIAZ-GONZALEZ, ) | |
| ) | |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

Plaintiff United States of America and Defendant VICTOR MANUEL DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and agree to continue the status conference/change of plea in this matter until August 31, 2005, at 9:00 a.m.  The defense has completed some of its investigation but needs additional time to follow up on the information that it has learned to date, and to discuss this information with the government.  After that discussion, both parties anticipate resolution of this case by change of plea.  This continuance is being sought solely for the purpose of permitting the above-mentioned activities to take place.

The parties further stipulate and agree that the time period from

1  August 17, 2005, to August 31, 2005, be excluded under the Speedy Trial
2  Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the
3  failure to grant such a continuance would deny counsel for the
4  defendants the reasonable time necessary for effective preparation,
5  taking into account the exercise of due diligence.

6     Dated: August 16, 2005          Respectfully submitted,

7  McGREGOR W. SCOTT                  QUIN DENVIR
   United States Attorney             Federal Defender
8

9
   /s/ Michael M. Beckwith            /s/ Daniel J. Broderick
10 MICHAEL M. BECKWITH                DANIEL J. BRODERICK
   Assistant U.S. Attorney            Chief Assistant Federal Defender
11
   Attorneys for Plaintiff            Attorneys for Defendant
12 UNITED STATES OF AMERICA           VICTOR MANUEAL DIAZ-GONZALEZ

Stip. Continuing Status Conf.       2

```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )  NO. CR S-05-198-WBS
                                )
          Plaintiff,            )
                                )  ORDER SCHEDULING STATUS
     v.                         )  CONFERENCE/CHANGE OF PLEA
                                )
VICTOR MANUEL DIAZ-GONZALEZ,    )
                                )  Judge: Hon. William B. Shubb
          Defendant.            )
                                )
_____ )
```

Pursuant to the stipulation of the parties, filed on August 16, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled in this case for August 17, 2005, at 9:00 a.m. be continued until August 31, 2005, at 9:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from August 17, 2005, to August 31, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: August 16, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. Continuing Status Conf.          1