```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
VICTOR MANUEL DIAZ-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR MANUEL DIAZ-GONZALEZ,<br><br>    Defendant.<br>_____ | NO. CR S-05-198-WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; PROPOSED ORDER<br><br>Judge: Hon. William B. Shubb |

Plaintiff United States of America and Defendant VICTOR MANUEL DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and agree to continue the status conference/change of plea in this matter until September 21, 2005, at 9:00 a.m.  The defense has presented information to the government obtained through further investigation and the government has agreed to schedule a meeting to discuss this information with agents from the affected agency.  After that discussion, both parties anticipate resolution of this case by change of plea.  This continuance is being sought solely for the purpose of permitting the above-mentioned activities to take place.

The parties further stipulate and agree that the time period from

1  today, August 30, 2005, to September 21, 2005, be excluded under the
2  Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4,
3  because the failure to grant such a continuance would deny counsel for
4  the defendants the reasonable time necessary for effective preparation,
5  taking into account the exercise of due diligence.
6       Dated: August 30, 2005          Respectfully submitted,
7  McGREGOR W. SCOTT                    QUIN DENVIR
   United States Attorney               Federal Defender
8
9
   /s/ Michael M. Beckwith              /s/ Daniel J. Broderick
10 MICHAEL M. BECKWITH                  DANIEL J. BRODERICK
   Assistant U.S. Attorney              Chief Assistant Federal Defender
11
   Attorneys for Plaintiff              Attorneys for Defendant
12 UNITED STATES OF AMERICA             VICTOR MANUEL DIAZ-GONZALEZ
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. Continuing Status Conf.      2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) NO. CR S-05-198-WBS
                                 )
            Plaintiff,           )
                                 ) ORDER SCHEDULING STATUS
      v.                         ) CONFERENCE/CHANGE OF PLEA
                                 )
VICTOR MANUEL DIAZ-GONZALEZ,     )
                                 ) Judge:  Hon. William B. Shubb
            Defendant.           )
                                 )
_____  )
```

Pursuant to the stipulation of the parties, filed on August 30, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled in this case for August 31, 2005, at 9:00 a.m. be continued until September 21, 2005, at 9:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from August 30, 2005, to September 21, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated:  August 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. Continuing Status Conf.        1