QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
VICTOR MANUEL DIAZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-198-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | PROPOSED ORDER |
| VICTOR MANUEL DIAZ-GONZALEZ, ) | |
| ) | |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

Plaintiff United States of America and Defendant VICTOR MANUEL DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and agree to continue the status conference/change of plea in this matter from October 26, 2005, until November 23, 2005, at 9:00 a.m.  The defense has presented information to the government obtained through further investigation and the government is still in the process of reviewing that information.  After that review is completed, both parties anticipate resolution of this case by change of plea; however, the defense will need additional time to review the proposed plea agreement with Mr. Diaz-Gonzalez.  This continuance is being sought solely for the purpose of permitting the above-mentioned activities to

1  take place.
2       The parties further stipulate and agree that the time period from
3  today, October 26, 2005, to November 23, 2005, be excluded under the
4  Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4,
5  because the failure to grant such a continuance would deny counsel for
6  the defendants the reasonable time necessary for effective preparation,
7  taking into account the exercise of due diligence.
8       Dated: October 24, 2005          Respectfully submitted,
9  McGREGOR W. SCOTT                     QUIN DENVIR
   United States Attorney                Federal Defender
10
11
   /s/ Michael M. Beckwith               /s/ Daniel J. Broderick
12 MICHAEL M. BECKWITH                   DANIEL J. BRODERICK
   Assistant U.S. Attorney               Chief Assistant Federal Defender
13
   Attorneys for Plaintiff               Attorneys for Defendant
14 UNITED STATES OF AMERICA              VICTOR MANUEL DIAZ-GONZALEZ
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. Continuing Status Conf.       2

1
2
3        IN THE UNITED STATES DISTRICT COURT
4        FOR THE EASTERN DISTRICT OF CALIFORNIA
5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-198-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| VICTOR MANUEL DIAZ-GONZALEZ, | ) | |
| | ) | Judge:  Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, filed on October 24, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled in this case for October 26, 2005, at 9:00 a.m. be continued until November 23, 2005, at 9:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from October 26, 2005, to November 23, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: October 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. Continuing Status Conf.            1