```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
    Telecopier:(916) 498-5710
 5
 6  Attorneys for Defendant
    VICTOR MANUEL DIAZ-GONZALEZ
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      )  NO. CR S-05-198-WBS
                                   )
13               Plaintiff,        )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                        )  STATUS CONFERENCE AND EXCLUDING
                                   )  TIME
15  VICTOR MANUEL DIAZ-GONZALEZ,   )
                                   )
16               Defendant.        )  Date:  November 30, 2005
                                   )  Time:  9:00 a.m.
17  _____)  Judge: Hon. William B. Shubb
18
```

19      Plaintiff United States of America and Defendant VICTOR MANUEL
20 DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and
21 agree to continue the status conference/change of plea in this matter
22 from November 23, 2005 to November 30, 2005 at 9:00 a.m.
23      This continuance is requested because counsel for Mr. Diaz-
24 Gonzalez will be out of the office the week of November 21, 2005.
25      The parties further stipulate and agree that the time period from
26 November 23, 2005 through and including November 30, 2005 be excluded
27 under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code
28 T4, because the failure to grant such a continuance would deny counsel

1  for the defendant the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.
3  Dated: November 2, 2005              Respectfully submitted,
4                                       QUIN DENVIR
                                        Federal Defender
5
6                                       /s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK
7                                       Chief Assistant Federal Defender
                                        Attorneys for Defendant
8                                       VICTOR MANUEL DIAZ-GONZALEZ
9
10 Dated:  November 2, 2005              MCGREGOR W. SCOTT
                                         United States Attorney
11
12                                       /s/ Michael M. Beckwith
13                                       _____
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney
14

15                              **O R D E R**

16     IT IS HEREBY ORDERED that the status conference currently
17 scheduled for November 23, 2005 be continued until November 30, 2005 at
18 9:00 a.m.
19     IT IS FURTHER ORDERED that, for the reasons stated in the
20 stipulation, the time period from November 23, 2005 to November 30,
21 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C.
22 §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such
23 a continuance would deny counsel for the defendants the reasonable time
24 necessary for effective preparation, taking into account the exercise
25 of due diligence.
26 Dated: November 3, 2005
27                                       _____
28                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE

Stipulation & Order                     2