```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
VICTOR MANUEL DIAZ-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-198-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME |
| VICTOR MANUEL DIAZ-GONZALEZ, ) | |
| Defendant. ) | Date: December 14, 2005 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

Plaintiff United States of America and Defendant VICTOR MANUEL DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and agree to continue the status conference/change of plea in this matter from November 30, 2005, to December 14, 2005 at 9:00 a.m.

This continuance is requested because plaintiff United States needs additional time to review information provided by defense counsel and the defense has agreed to provide further follow-up information after the government's review.

The parties further stipulate and agree that the time period from November 29, 2005 through and including December 14, 2005 be excluded

1  under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code
2  T4, because the failure to grant such a continuance would deny counsel
3  for the government and for defendant the reasonable time necessary for
4  effective preparation, taking into account the exercise of due
5  diligence.
6  Dated: November 29, 2005                    Respectfully submitted,
7                                              QUIN DENVIR
                                                Federal Defender
8
9                                              /s/ Daniel J. Broderick
                                                DANIEL J. BRODERICK
10                                              Chief Assistant Federal Defender
                                                Attorneys for Defendant
11                                              VICTOR MANUEL DIAZ-GONZALEZ
12
13 Dated:  November 29, 2005                    MCGREGOR W. SCOTT
                                                United States Attorney
14
15                                              /s/ Michael M. Beckwith
                                                _____
16                                              MICHAEL M. BECKWITH
                                                Assistant U.S. Attorney
17
18                              **O R D E R**
19     IT IS HEREBY ORDERED that the status conference currently
20  scheduled for November 30, 2005, be continued until December 14, 2005
21  at 9:00 a.m.
22     IT IS FURTHER ORDERED that, for the reasons stated in the
23  stipulation, the time period from November 29, 2005 to December 14,
24  2005, be excluded under the Speedy Trial Act pursuant to 18 U.S.C.
25  §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such
26  a continuance would deny counsel for the government and the defendant
27  / /
28  / /

1  the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3  Dated: November 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                     3