```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
VICTOR MANUEL DIAZ-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S-05-198-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| VICTOR MANUEL DIAZ-GONZALEZ, | |
| Defendant. | Date: December 21, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America and Defendant VICTOR MANUEL DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and agree to continue the status conference/change of plea in this matter from December 14, 2005, to December 21, 2005, at 9:00 a.m.

This continuance is requested because counsel for plaintiff United States is currently in trial and unable to meet with defense counsel to review terms of a proposed plea agreement. Defense counsel also need additional time to review with Mr. Diaz-Gonzalez the terms of any proposed plea agreement.

The parties further stipulate and agree that the time period from

1 today, December 13, 2005, through and including December 21, 2005, be
2 excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and
3 Local Code T4, because the failure to grant such a continuance would
4 deny counsel for the government and for defendant the reasonable time
5 necessary for effective preparation, taking into account the exercise
6 of due diligence.

7 Dated: December 13, 2005              Respectfully submitted,

8                                       QUIN DENVIR
                                        Federal Defender
9

10                                      /s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK
11                                      Chief Assistant Federal Defender
                                        Attorneys for Defendant
12                                      VICTOR MANUEL DIAZ-GONZALEZ

13

14 Dated:  December 13, 2005            MCGREGOR W. SCOTT
                                        United States Attorney
15

16                                      /s/ Michael M. Beckwith
                                        _____
17                                      MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
18

19                              **O R D E R**

20     IT IS HEREBY ORDERED that the status conference currently
21 scheduled for December 14, 2005, be continued until December 21, 2005
22 at 9:00 a.m.

23     IT IS FURTHER ORDERED that, for the reasons stated in the
24 stipulation, the time period from December 13, 2005 to December 21,
25 2005, be excluded under the Speedy Trial Act pursuant to 18 U.S.C.
26 §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such
27 a continuance would deny counsel for the government and the defendant
28 / /

Stipulation & Order                    2

1  the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.
3  Dated: December 14, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE