```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
    Telecopier:(916) 498-5710
 5
 6  Attorneys for Defendant
    VICTOR MANUEL DIAZ-GONZALEZ
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      )  NO. CR S-05-198-WBS
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )  MODIFYING SENTENCING SCHEDULE
                                   )
15  VICTOR MANUEL DIAZ-GONZALEZ,   )
                                   )  Date:  May 10, 2006
16              Defendant.         )  Time:  9:00 a.m.
                                   )  Judge: Hon. William B. Shubb
17  _____  )
18
          Plaintiff United States of America and Defendant VICTOR MANUEL
19
    DIAZ-GONZALEZ, through their respective attorneys, hereby stipulate and
20
    agree to modify the sentencing schedule in this case as follows:
21
          Counsel's Written Objections to the Presentence Report Shall be
22  Delivered no later than:  April 19;
23        The Pre-Sentence Report Shall be Filed with the Court no later
    than :  April 26;
24
          Motion for Correction Shall be Filed no later than:  May 3;
25
          Judgment and Sentencing Date:  May 10, 2006.
26
          The reason for this modification is to provide additional time for
27
    defense counsel to meet and confer with the probation officer
28
```

concerning Mr. Diaz-Gonzalez's criminal history.

Dated: April 7, 2006                    Respectfully submitted,


                                        /s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK
                                        Acting Federal Defender
                                        Attorney for Defendant
                                        VICTOR MANUEL DIAZ-GONZALEZ


Dated:  April 7, 2006                   MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Michael M. Beckwith
                                        _____
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

**O R D E R**

   IT IS HEREBY ORDERED that, for the reason stated in this stipulation, the sentencing schedule currently set in this case shall be modified as follows:

   Counsel's Written Objections to the Presentence Report Shall be Delivered no later than:  April 19;

   The Pre-Sentence Report Shall be Filed with the Court no later than:  April 26;

   Motion for Correction Shall be Filed no later than:  May 3;

   Judgment and Sentencing Date:  May 10, 2006.

///
///
///
///
///
///

Stipulation & Order                     2

1   IT IS FURTHER ORDERED that a copy of this order shall be served on
2  the United States Probation Office.
3  DATED:  April 7, 2006

```
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
```